Submitted on appellant's brief December 27, 1971, affirmed January 6, petition for rehearing denied February 2, petition for review denied March 8, 1972

STATE OF OREGON, *Respondent, v.* ROBERT GEORGE GRAVES, *Appellant.*

491 P2d 1031

Gary D. Babcock, Public Defender, and Ken C. Hadley, Deputy Public Defender, Salem, for appellant.

No appearance for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

PER CURIAM.

Affirmed. *State v. Hoover,* 219 Or 288, 347 P2d 69, 89 ALR2d 695 (1959); *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).